NUMBER 13-09-00070-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

IN RE THE STRUTHOFF COMPANY, INC.____________________________________________________________


On Petition for Writ of Mandamus.

____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Yañez and Benavides


Memorandum Opinion Per Curiam (1)



 Relator, The Struthoff Company, Inc., filed a petition for writ of mandamus in the
above cause on February 12, 2009. Currently before the Court is relator's motion to
dismiss this original proceeding. 

 The Court, having examined and fully considered the motion to dismiss, is of the
opinion that relator has shown itself entitled to the relief sought. Accordingly, the motion
to dismiss is GRANTED, and the petition for writ of mandamus is DISMISSED without
regard to the merits.

 IT IS SO ORDERED. 

 PER CURIAM

Delivered and filed this

4th day of March, 2010.
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is
not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).